*Per Curiam.* · Wc can take notice of such facts only as the justice certifies from his own knowledge, .of what passes before him, not such as he derives from the information of others. The judgment must be affirmed.

Judgment affirmed.

## Wood *against* Stoddard, *qui tam*, &c. ·

In error on *certiorari.* The plaintiff below brought an action to recover of the defendant below, a sum received by him for excessive interest, under the act for preventing usury, one moiety of which is directed to go to the use of the poor of the town where the offence is committed, and the .other moiety to the ·person prosecuting.* The cause was tried in the town of *Scipio*, where the usurious sum was received. The constable and jury were inhabitants of the same town. The defendant below, challenged all the jurors as being interested. The justice, before whom the cause was tried, overruled the exception, and a verdict was found for the plaintiff.

*Henry*, for the plaintiff in error.

*Cada*, contra.

[*]*Per Curiam.* The relaxation of the rule, as to questions of interest, has never been extended to jurors. They must be *omni exceptione majores* ; free from every objection, and wholly disinterested. The judgment below must be reversed.

Judgment reversed.

In an action qui tam, under the act for preventing usury, which gives a moiety of the sum to be recovered to the poor of the town where the offence is committed, & the other moiety to the person prosecuting, it is a good cause of challenge against the jury that they are inhabitants of the town. Jurors must be free from all exception, and wholly disinterested. [* 195] * *L. N. Y.* vol. 11. p. 58, § 2.